IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-395-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MAR KONG, | ) | |
| Defendant. | ) | |

Mar Kong ("Kong" or "defendant"), appearing pro se, filed a motion for a copy of the indictment, plea agreement, sentencing transcript, and plea colloquy in his case [D.E. 1017]. Defendant may request a copy of the pleadings from the clerk's office and pay the required per page copy fee. As for the transcripts, although a court reporter transcribed the arraignment and sentencing hearings, the court reporter did not prepare a transcript. No one ordered one.

"An indigent is not entitled to a transcript at government expense without a showing of need, merely to comb the record in the hope of discovering some flaw." United States v. Shoaf, 341 F.2d 832, 833-34 (4th Cir. 1964). Kong has failed to show a particularized need for the transcripts. To the extent Kong's motion could be construed as motion to obtain transcripts without charge, the motion [D.E. 1017] is DENIED.

SO ORDERED. This 4 day of May, 2022.

JAMES C. DEVER III
United States District Judge